IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GURAL FOSTER**                                                                                                 **PLAINTIFF**

**v.**                                  **CASE NO. 4:25-CV-01219-BSM**

**DEPARTMENT OF HUMAN SERVICES,** *et al.*                     **DEFENDANTS**

## ORDER

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 15th day of December, 2025.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE